UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Robert Manchel, Esquire
1 Eves Drive, Suite 111
Marlton, NJ 08053-3125
Attorney for Debtor
RM-1141
Telephone No. (856) 797-1500

In Re:

Karen Prokapus

Order Filed on July 12, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   __16-14196MBK__

Chapter:   _____

Judge:   __Michael B. Kaplan__

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 12, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____05/3/2016_____ :

Property:    32 Highpoint Dr., Medford, New Jersey 08055

Creditor:    Wells Fargo Home Mortgage

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____October 17, 2016_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2