| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>PATRICK O. LACSINA, Esq. (PL-8985) | CASE NO.: 16-14196-MBK<br><br>CHAPTER 13<br><br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re:<br><br>**Karen M. Prokapus**<br><br><br>    **Debtor.** | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

THE BANK OF NEW YORK MELLON AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2003-2, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2003-2 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 10), and states as follows:

1. Debtor, Karen M. Prokapus, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on March 7, 2016.

2. Secured Creditor holds a security interest in the Debtor's real property located at 110 JACKSON RD, BERLIN, NJ 08009-2607, by virtue of a Mortgage recorded on June 09, 2003, under Book 7062, Page 645 of the Public Records of Camden County, NJ.  Said Mortgage secures a Note in the amount of $78,710.00.

3. The Debtor filed a Chapter 13 Plan on March 21, 2016.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate.  It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $2,420.52,

whereas the Plan fails to state an arrearage amount. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $2,420.52 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> RAS Citron, LLC
> Attorney for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone Number 973-575-0707
>
> By: /s/PATRICK O. LACSINA
> PATRICK O. LACSINA, Esquire
> NJ Bar Number: PL-8985

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>PATRICK O. LACSINA, Esq. (PL-8985) | CASE NO.: 16-14196-MBK<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re:<br><br>**Karen M. Prokapus**<br><br>      Debtor. | |

# CERTIFICATION OF SERVICE

1. I, Patrick O. Lacsina, represent THE BANK OF NEW YORK MELLON AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2003-2, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2003-2 in this matter.

2. On 7/21/2016, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

7/21/2016

                                    RAS Citron, LLC
                                    Attorney for Secured Creditor
                                    130 Clinton Road, Suite 202
                                    Fairfield, NJ 07004
                                    Telephone Number 973-575-0707

                                    By: /s/PATRICK O. LACSINA
                                    PATRICK O. LACSINA, Esquire
                                    NJ Bar Number: PL-8985

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Robert Manchel<br>Law Office of Robert Manchel<br>Executive Center of Greentree<br>One Eves Drive, Suite 111<br>Marlton, NJ 08053 | Debtor(s) Attorney | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court*) |
| Karen M. Prokapus<br>32 High Point Drive<br>Medford, NJ 08055<br>BURLINGTON-NJ | Debtor(s) | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.