Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.:  16−14196−MBK
           Chapter:  13
           Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen M. Prokapus
   32 High Point Drive
   Medford, NJ 08055

Social Security No.:
   xxx−xx−5124

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on March 21, 2016 and a confirmation hearing on such Plan has been scheduled for Sept. 13, 2016 @ 10:00 am.

The debtor filed a Modified Plan on September 8, 2016 and a confirmation hearing on the Modified Plan is scheduled for Oct. 11, 2016 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: September 8, 2016
JJW: seg

                                                           James J. Waldron
                                                         Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                   Case No. 16-14196-MBK
Karen M. Prokapus                                                        Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2             Date Rcvd: Sep 08, 2016
                               Form ID: 186                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db             +Karen M. Prokapus,    32 High Point Drive,    Medford, NJ 08055-3816
cr             +The Bank of New York Mellon,    c/o Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
                 Suite 100,    Boca Raton, FL 33487-2853
516042330      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516042331      +Cap1/boscv,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
516281005       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516042332      +Chase Mtg,    Po Box 24696,   Columbus, OH 43224-0696
516042333      +Comenity Bank/anntylr,    Po Box 182789,    Columbus, OH 43218-2789
516042334      +Comenity Bank/fortunof,    Po Box 182789,    Columbus, OH 43218-2789
516042335      +Comenity Bank/frtnfvsa,    4590 E Broad St,    Columbus, OH 43213-1301
516042336      +Comenity Bank/jcrewinc,    Po Box 182789,    Columbus, OH 43218-2789
516042337      +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
516295370       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516042338      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516042339      +Fnb Omaha,    Po Box 3412,   Omaha, NE 68103-0412
516185152      +MIDLAND FUNDING LLC,    PO Box 2011,   Warren, MI 48090-2011
516106943       NRPL Trust Series 2015-1,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
516042343      +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
516042344      +Powers Kirn LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
516042345       Rymr&flnign,    Cscl Dispute Team,    Des Moines, IA 50306
516063002      +Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX 75356-0284
516068205      +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
516042346      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
516042352      +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
516290767       The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
516284168      +The Bank of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
516042353     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
516259703       Wells Fargo Bank, N.A.,    Attn: Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
516042354      +Wfhm,   Po Box 659558,    San Antonio, TX 78265-9558

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2016 23:08:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2016 23:08:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516276273      +E-mail/Text: bnc@bass-associates.com Sep 08 2016 23:08:02     Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516042340      +E-mail/Text: bankruptcy@icsystem.com Sep 08 2016 23:09:22     I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
516042341      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 08 2016 23:08:11      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516042342       E-mail/Text: camanagement@mtb.com Sep 08 2016 23:08:42     M&t Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
516042348      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2016 23:05:07     Syncb/banarepdc,    Po Box 965005,
                 Orlando, FL 32896-5005
516042349      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2016 23:04:26     Syncb/care Credit,
                 C/o P.o. Box 965036,    Orlando, FL 32896-0001
516042350      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2016 23:05:08     Syncb/gap,    Po Box 965005,
                 Orlando, FL 32896-5005
516042351      +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2016 23:04:26     Syncb/home Design Furn,
                 Po Box 965036,    Orlando, FL 32896-5036
516277482      +E-mail/Text: bncmail@w-legal.com Sep 08 2016 23:09:02     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516279148*      Wells Fargo Bank, N.A.,    Attn: Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
516042347    ##+Saxon Mortgage Service,    4708 Mercantile Dr N,    Fort Worth, TX 76137-3605
                                                                                       TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Sep 08, 2016
                              Form ID: 186             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Patrick O. Lacsina    on behalf of Creditor    The Bank of New York Mellon placsina@caplaw.net,
           gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
          Robert    Manchel    on behalf of Debtor Karen M. Prokapus manchellaw@yahoo.com
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 8
```