|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esquire<br>1 Eves Drive, Suite 111<br>Marlton, NJ 08053-3125<br>Attorney for Debtor<br>RM-1141 |
| In Re:<br><br>      Karen Prokapus |

Case No. 16-14196MBK

Judge:

Chapter 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

# CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

    **X**    **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1. \_\_\_\_\_ Motion for Relief from the Automatic Stay filed by _____, creditor. A hearing has been scheduled for _____, at 9:00 a.m.

                              OR

    **\_\_\_\_** Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at _____ a.m.

                              OR

    \_\_\_\_\_ Certification of Default filed by _____, creditor. I am requesting that a hearing be scheduled on this matter.

                              OR

    __X___ Certification of Default filed by Standing Chapter 13 Trustee. I am requesting that a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

OR

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

OR

**X** Other:

3. This certification is being made in an effort to resolve the issues raised by the trustee in its motion. The trustee's Account Ledger reflects that I am $813.00 behind with my payments, through and including February of 2017. I will make the $813.00 payment, immediately.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: _____

/s/ Karen Prokapus
Karen Prokapus, Debtor