| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on March 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor<br><br>JUSTIN D. PLEAN, Esq. (JP - 5835) | CASE NO.: 16-14196-MBK<br><br>CHAPTER 13<br><br>JUDGE: Michael B. Kaplan |
| In Re:<br><br>Karen M. Prokapus<br><br>    Debtor. | |

CONSENT **AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

    The relief set forth on the following pages, numbered two (2) through four (4), is hereby

ORDERED.

**DATED: March 17, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:     Karen M. Prokapus,
Case No.:    16-14196-MBK
Caption of Order: **Consent Order Resolving Motion for Relief from Stay**

Upon the Motion of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC8 by its servicer, Ocwen Loan Servicing, LLC ("Secured Creditor"), through its counsel, Robertson, Anschutz & Schneid, P.L., attorneys for Secured Creditor under Bankruptcy Code 11 U.S.C. 362(d), for relief from the automatic stay as to certain property located at 205 Murray Street, Elizabeth, New Jersey 07202, ("Property"), and the entry of the Order settling the Motion for Relief and for cause shown, it is hereby ORDERED and DECREED as follows:

1. As of the date of this Order, Debtor acknowledges that the subject loan is due for the following post-petition regular monthly payments:

    Monthly payments:..............................................09/01/2016 – 02/01/2017
    Monthly payments due: ($920.03 x 4)
                          ($1,010.37 x 1)
                          ($1,004.78 x 1) .............................$5,695.27
    Attorneys' Fees and Costs of Motion................................$531.00
    Amounts Held in Suspense..........................................$61.11
    Total Amount to Cure..............................................$6,165.16

2. The balance of post-petition arrears totaling $6,165.16 shall have a lump sum payment in the amount of $1,500 paid directly to Secured Creditor with the remaining balance to be included into the Chapter 13 Plan.

3. Within fourteen (14) days of entrance of this Order Debtor shall file an amended Chapter 13 Plan to include the remaining $4,665.16 in post-petition arrears into the Plan.

4. In the event that Secured Creditor alleges that Debtor has failed to comply with obligations under this Consent Order, Secured Creditor and/or Counsel may give Debtor

Page 3
Debtors:      Karen M. Prokapus,
Case No.:    16-14196-MBK
Caption of Order:   **Consent Order Resolving Motion for Relief from Stay**

---

and Debtor's Counsel notice of the default and if such default is not cured within ten (10) days of said notice, upon certification to the Court of such default, and request for Order, with a copy to Debtor and Debtor's counsel, the Court may grant Secured Creditor's immediate relief from the bankruptcy stay. Debtor shall pay $50.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5. The failure by the Secured Creditor, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of Secured Creditor's rights hereunder. In the event Debtor fails to comply with the terms of this Order for more than 30 days, Secured Creditor may submit a certification of default and proposed Order for Relief from the Automatic Stay to the Court and serve a copy of such Certification of Default upon the Debtor and Debtor's Counsel. Fourteen days after receipt of the Certification of Default, the Court will enter an Order granting Secured Creditor relief from the automatic stay unless the Debtor has filed an objection to the

Certification of Default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

6. Upon issuance of the Order, the parties hereto further agree that Secured Creditor may proceed in state court to exercise all rights and remedies available to it as a mortgagee and continuation of foreclosure and execution process through Sheriff's sale concerning the Property and ejectment thereafter.

Page 4
Debtors:      Karen M. Prokapus,
Case No.:     16-14196-MBK
Caption of Order:   **Consent Order Resolving Motion for Relief from Stay**

---

7. In the event the Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code, then Debtor shall pay all pre-petition and post-petition arrears within 10 days from the date the case is converted. If Debtor fails to make payments in accordance with this paragraph then Secured Creditor, through Counsel, may file a certification setting forth said failure and the Secured Creditor shall be granted immediate relief from the automatic stay.

The undersigned hereby consent to the form, content, and entry of the within Order:

_____
ROBERT MANCHEL, ESQ.
Attorney for Debtor
Date:

_____
JUSTIN D. PLEAN, ESQ.
Attorney for Secured Creditor
Date: 3/14/17

United States Bankruptcy Court
District of New Jersey

In re:  
Karen M. Prokapus  
    Debtor

Case No. 16-14196-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 17, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2017.  
db          +Karen M. Prokapus,    32 High Point Drive,    Medford, NJ 08055-3816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2017 at the address(es) listed below:  
         Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Albert Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor Wilmington Savings Fund Society, Et Al...  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor Wilmington Savings Fund Society, Et Al...  
         jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Justin Plean    on behalf of Creditor The Bank of New York Mellon jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Justin Plean    on behalf of Creditor THE BANK OF NEW YORK MELLON jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Patrick O. Lacsina    on behalf of Creditor The Bank of New York Mellon gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
         Robert Manchel    on behalf of Debtor Karen M. Prokapus manchellaw@yahoo.com  
         William M.E. Powers    on behalf of Creditor Wells Fargo Bank, N.A. ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                   TOTAL: 10