

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor<br><br>JUSTIN D. PLEAN, Esq. (JP - 5835) | CASE NO.: 16-14196-MBK<br><br>CHAPTER 13<br><br>JUDGE: Michael B. Kaplan |
| In Re:<br><br>Karen M. Prokapus<br><br>    Debtor. | |

**Order Filed on March 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CORRECTED

CONSENT **AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

ORDERED.

**DATED: March 22, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors:	Karen M. Prokapus,
Case No.:	16-14196-MBK
Caption of Order:  **Consent Order Resolving Motion for Relief from Stay**

---

Upon the Motion of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC8 by its servicer, Ocwen Loan Servicing, LLC ("Secured Creditor"), through its counsel, Robertson, Anschutz & Schneid, P.L., attorneys for Secured Creditor under Bankruptcy Code 11 U.S.C. 362(d), for relief from the automatic stay as to certain property located at 110 Jackson Road, Berlin, NJ 08009, ("Property"), and the entry of the Order settling the Motion for Relief and for cause shown, it is hereby ORDERED and DECREED as follows:

1. As of the date of this Order, Debtor acknowledges that the subject loan is due for the following post-petition regular monthly payments:

    ```
    Monthly payments:……………………………………...09/01/2016 – 02/01/2017
    Monthly payments due: ($920.03 x 4)
                          ($1,010.37 x 1)
                          ($1,004.78 x 1) …………………………...$5,695.27
    Attorneys' Fees and Costs of Motion……………………………$531.00
    Amounts Held in Suspense……………………………………….$61.11
    Total Amount to Cure……………………………………………$6,165.16
    ```

2. The balance of post-petition arrears totaling $6,165.16 shall have a lump sum payment in the amount of $1,500 paid directly to Secured Creditor with the remaining balance to be included into the Chapter 13 Plan.

3. Within fourteen (14) days of entrance of this Order Debtor shall file an amended Chapter 13 Plan to include the remaining $4,665.16 in post-petition arrears into the Plan.

4. In the event that Secured Creditor alleges that Debtor has failed to comply with obligations under this Consent Order, Secured Creditor and/or Counsel may give Debtor

Page 3
Debtors:      Karen M. Prokapus,
Case No.:    16-14196-MBK
Caption of Order:   **Consent Order Resolving Motion for Relief from Stay**

---

and Debtor's Counsel notice of the default and if such default is not cured within ten (10) days of said notice, upon certification to the Court of such default, and request for Order, with a copy to Debtor and Debtor's counsel, the Court may grant Secured Creditor's immediate relief from the bankruptcy stay. Debtor shall pay $50.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5. The failure by the Secured Creditor, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of Secured Creditor's rights hereunder. In the event Debtor fails to comply with the terms of this Order for more than 30 days, Secured Creditor may submit a certification of default and proposed Order for Relief from the Automatic Stay to the Court and serve a copy of such Certification of Default upon the Debtor and Debtor's Counsel. Fourteen days after receipt of the Certification of Default, the Court will enter an Order granting Secured Creditor relief from the automatic stay unless the Debtor has filed an objection to the

Certification of Default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

6. Upon issuance of the Order, the parties hereto further agree that Secured Creditor may proceed in state court to exercise all rights and remedies available to it as a mortgagee and continuation of foreclosure and execution process through Sheriff's sale concerning the Property and ejectment thereafter.

Page 4
Debtors:    Karen M. Prokapus,
Case No.:    16-14196-MBK
Caption of Order:    **Consent Order Resolving Motion for Relief from Stay**

---

7. In the event the Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code, then Debtor shall pay all pre-petition and post-petition arrears within 10 days from the date the case is converted. If Debtor fails to make payments in accordance with this paragraph then Secured Creditor, through Counsel, may file a certification setting forth said failure and the Secured Creditor shall be granted immediate relief from the automatic stay.

The undersigned hereby consent to
the form, content, and entry of the
within Order:

_____
ROBERT MANCHEL, ESQ.
Attorney for Debtor
Date:

_____
JUSTIN D. PLEAN, ESQ.
Attorney for Secured Creditor
Date: 3/14/17