| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esquire<br>1 Eves Drive, Suite 111<br>Marlton, NJ 08053-3125<br>Attorney for Debtor(s)<br>RM-1141 | **Order Filed on March 23, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>   Karen Prokapus | Case No. 16-14196MBK<br><br>Adv. No.: N/A<br><br>Hearing Date:<br><br>Judge: |

ORDER APPROVING A LOAN MODIFICATION BETWEEN DEBTOR AND WELLS FARGO BANK NA., REGARDING 32 HIGH POINT DRIVE, MEDFORD, NJ., AND MODIFYING WELLS FARGO BANK NA.'S PROOFS OF CLAIM TO REFLECT PRE-PETITION ARREARS OF ZERO ($0.00).

The relief set forth on the following page, numbered two (2) and Exhibit ("A") is hereby **ORDERED**.

**DATED: March 23, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)
debtor: Karen Prokapus
case no. 16-14196MBK
ORDER APPROVING A LOAN MODIFICATION BETWEEN DEBTOR AND WELLS FARGO BANK NA., REGARDING 32 HIGH POINT DRIVE, MEDFORD, NJ.,  AND MODIFYING WELLS FARGO BANK NA.'S PROOFS OF CLAIM TO REFLECT PRE-PETITION ARREARS OF ZERO ($0.00).

THIS MATTER, BEING OPENED TO THE COURT UPON THE  MOTION OF DEBTOR REQUESTING  APPROVAL TO ENTER INTO A LOAN MODIFICATION AGREEMENT WITH WELLS FARGO BANK NA., REGARDING 32 HIGH POINT DRIVE, MEDFORD, NJ., AND TO MODIFY THEIR PROOF OF CLAIM TO REFLECT PRE-PETITION ARREARS OF ZERO ($0.00); AND HAVING CONSIDERED THE MOTION, INCLUDING RESPONDING DOCUMENTS, IF ANY, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY

ORDERED, THAT:

1. The Loan Modification Agreement between Wells Fargo NA., regarding 32 High Point Drive, Medford, NJ. is approved.

2. Wells Fargo Bank NA.'s Proofs of Claim are hereby modified to reflect pre-petition arrears of zero ($0.00).

3. The debtor shall continue to make scheduled Trustee payments and an amended Plan will be filed, within 30 days of the entry of this order.

4. The Order shall be served upon the trustee and any other party who entered their appearance on the matter