| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esquire<br>1 Eves Drive, Suite 111<br>Marlton, NJ 08053-3125<br>Attorney for Debtor(s)<br>RM-1141 | **Order Filed on May 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN RE:<br><br>   Karen Prokapus | Case No. 16-14196MBK<br><br>Adv. No.: N/A<br><br>Hearing Date:<br><br>Judge: |

ORDER APPROVING A LOAN MODIFICATION BETWEEN DEBTOR AND WELLS FARGO BANK NA., REGARDING 401 W. EVESHAM AVENUE, MAGNOLIA, NEW JERSEY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: May 16, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(page 2)
debtor: Karen Prokapus
case no. 16-14196MBK
ORDER APPROVING A LOAN MODIFICATION BETWEEN DEBTOR AND WELLS FARGO BANK NA., REGARDING 401 W. EVESHAM AVENUE, MAGNOLIA, NEW JERSEY

THIS MATTER, BEING OPENED TO THE COURT UPON THE MOTION OF DEBTOR REQUESTING APPROVAL TO ENTER INTO A LOAN MODIFICATION AGREEMENT WITH WELLS FARGO BANK NA., REGARDING 401 W. EVESHAM AVENUE, MAGNOLIA, NEW JERSEY., AND TO MODIFY THEIR PROOF OF CLAIM TO REFLECT PRE-PETITION ARREARS OF ZERO ($0.00); AND HAVING CONSIDERED THE MOTION, INCLUDING RESPONDING DOCUMENTS, IF ANY, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY

ORDERED, THAT:

1. The Loan Modification Agreement between Wells Fargo NA. and Karen and John Prokapus, regarding 401 W. Evesham Avenue, Magnolia, NJ. is approved.

2. Wells Fargo Bank NA's (creditor) Proof of Claim no. 5 is hereby amended to reflect that the creditor has received payments from the Standing Chapter 13 Trustee in the amount of $2,944.30 and that the remaining arrears shall be reduced to $0.00 zero as a result of the loan modification.

3. The Order shall be served upon the trustee and any other party who entered their appearance on the matter