UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, NJ  08053
(856) 797-1500
Robert Manchel
RM 1141
Attorney for Debtor(s)

In Re:

Karen M. Prokapus

Order Filed on August 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-14196

Chapter:  13

Judge:  Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 25, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert Manchel, Esquire_____, the applicant, is allowed a fee of $ ____800.00____ for services rendered and expenses in the amount of $____0.00____ for a total of $____800.00____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $____593.00____ per month for ____20____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Karen M. Prokapus  
    Debtor

Case No. 16-14196-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 25, 2017  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2017.  
db          +Karen M. Prokapus,   32 High Point Drive,   Medford, NJ 08055-3816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2017 at the address(es) listed below:

      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert   Russo    docs@russotrustee.com  
      Denise E. Carlon    on behalf of Creditor   Wilmington Savings Fund Society, Et Al...  
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
      Joshua I. Goldman    on behalf of Creditor   Wilmington Savings Fund Society, Et Al...  
       jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com  
      Justin   Plean    on behalf of Creditor   The Bank of New York Mellon jplean@rasflaw.com,  
       bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
      Justin   Plean    on behalf of Creditor   THE BANK OF NEW YORK MELLON jplean@rasflaw.com,  
       bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
      Patrick O. Lacsina    on behalf of Creditor   The Bank of New York Mellon bmusarra@rasnj.com,  
       bkyecf@rasflaw.com,legerman@rasnj.com  
      Robert   Manchel    on behalf of Debtor Karen M. Prokapus manchellaw@yahoo.com  
      William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
      William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                            TOTAL: 10