Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−14196−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen M. Prokapus
   32 High Point Drive
   Medford, NJ 08055

Social Security No.:
   xxx−xx−5124

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/7/17 at 10:00 AM

to consider and act upon the following:

*99* – Creditor's Certification of Default (related document:76 Consent Order) filed by Miriam Rosenblatt on behalf of The Bank of New York Mellon. Objection deadline is 10/5/2017. (Attachments: # 1 Certificate of Service # 2 Exhibit # 3 Proposed Order) (Rosenblatt, Miriam)

Dated: 10/5/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court