| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert Manchel, Esq.<br>1 Eves Drive, Suite 111<br>Marlton, NJ 08053<br>Attorney for Debtor<br>RM-1141 | |
| In Re:<br><br>   Karen Prokapus | Case No. 16-14196MBK<br><br>Judge:<br><br>Chapter 13 |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**

**X    CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

**TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1.    __X___ Motion for Relief from the Automatic Stay filed by Wells Fargo Bank NA. creditor. A hearing has been scheduled for 10/17/2017, at 10:00 a.m.

OR

_____ Motion to Dismiss filed by the Standing Chapter 13 Trustee. A hearing has been scheduled for _____ at _____ a.m.

OR

_____ Certification of Default filed by _____, creditor. I am requesting that a hearing be scheduled on this matter.

OR

_____ Certification of Default filed by Standing Chapter 13 Trustee. I am requesting that a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

\_\_\_\_\_ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached hereto.

OR

\_\_\_\_\_ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

OR

__X__ Other: Wells Fargo Bank NA.'s agents severely vandalized the real estate and removed personal property from the real estate, which resulted in the inhabitability of the real estate. Consequently, I was unable to rent the real estate and make the mortgage payments. I intend to file a Cross Motion for damages regarding this matter. I respectfully request that the movant's motion be denied.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.


Date: _____                                            /s/ Karen Prokapus, Debtor
                                                                 Karen Prokapus, Debtor