| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| **Robertson, Anschutz & Schneid, P.L.** 6409 Congress Ave., Suite 100 Boca Raton, FL 33487 Telephone Number: 561-241-6901 Attorneys For Secured Creditor: THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2003-2, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2003-2 |
| Miriam Rosenblatt, Esq. (MR-7505) |

Order Filed on November 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KAREN M. PROKAPUS,

Debtor.

Case No.: 16-14196-NBK

Chapter 13

Hearing Date:

Judge: Michael B. Kaplan.

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: November 8, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Karen M. Prokapus
Case No: 16-14196-mbk
Caption of Order**: ORDER VACATING STAY**

_____

Upon the motion of under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property more fully described as: 110 Jackson Road, Berlin, NJ 08009
- ☐ Personal Property more fully described as:

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.