| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| **Robertson, Anschutz & Schneid, P.L.** 6409 Congress Ave., Suite 100 Boca Raton, FL 33487 Telephone Number: 561-241-6901 Attorneys For Secured Creditor: THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2003-2, NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2003-2  Miriam Rosenblatt, Esq. (MR-7505) |

**Order Filed on November 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| In Re:  KAREN M. PROKAPUS,  Debtor. |

Case No.: 16-14196-NBK

Chapter 13

Hearing Date:

Judge: Michael B. Kaplan.

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: November 8, 2017**

*Honorable Michael B. Kaplan
United States Bankruptcy Judge*

Debtor: Karen M. Prokapus
Case No: 16-14196-mbk
Caption of Order**: ORDER VACATING STAY**

_____

Upon the motion of under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property more fully described as: 110 Jackson Road, Berlin, NJ 08009
- ☐ Personal Property more fully described as:

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Karen M. Prokapus  
    Debtor

Case No. 16-14196-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 08, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.  
db         +Karen M. Prokapus,    32 High Point Drive,    Medford, NJ 08055-3816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:
         Albert    Russo    docs@russotrustee.com  
         Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor     Wilmington Savings Fund Society, Et Al...  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Joshua I. Goldman     on behalf of Creditor     Wilmington Savings Fund Society, Et Al...  
          jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Justin    Plean     on behalf of Creditor     The Bank of New York Mellon jplean@rasflaw.com,  
          bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Justin    Plean     on behalf of Creditor     THE BANK OF NEW YORK MELLON jplean@rasflaw.com,  
          bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Miriam Rosenblatt     on behalf of Creditor     The Bank of New York Mellon bkyecf@rasflaw.com,  
          mrosenblatt@rasflaw.com  
         Patrick O. Lacsina     on behalf of Creditor     The Bank of New York Mellon bmusarra@rasnj.com,  
          bkyecf@rasflaw.com,legerman@rasnj.com  
         Robert    Manchel     on behalf of Debtor Karen M. Prokapus manchellaw@yahoo.com  
         William M.E. Powers     on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com  
         William M.E. Powers, III     on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                                                  TOTAL: 11