UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Karen M. Prokapus

Order Filed on March 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-14196

Hearing Date: 3/20/2018

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form: ☑ Followed  ☐ Modified

# ORDER DENYING CROSS MOTION

_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** March 23, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on ___9/27_____, 20 _14_ by ____Robert Manchel_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*