| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|

Caption in Compliance with D.N.J. LBR 9004-1( b)
Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Wilmington Savings Fund Society, FSB d/b/a Christina Trust, not in Its individual capacity but solely in its capacity as Certificate Trustee for NRPL

In Re:
    Karen M. Prokapus    Debtor
    John Prokapus    Co-Debtor

Order Filed on March 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 16-14196 MBK

Chapter: 13

Hearing Date: 09/05/2017

Judge: Michael B. Kaplan

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 23, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Wilmington Savings Fund Society, FSB d/b/a Christina Trust, not in Its individual capacity but solely in its capacity as Certificate Trustee for NRPL</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

   **Land and premises commonly known as, 100 Jackson Road, Waterford Township NJ 08009**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Karen M. Prokapus  
    Debtor

Case No. 16-14196-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Mar 23, 2018  
                    Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.  
db         +Karen M. Prokapus,   32 High Point Drive,   Medford, NJ 08055-3816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:  
        Albert   Russo    docs@russotrustee.com  
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...  
         jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Justin   Plean    on behalf of Creditor    The Bank of New York Mellon jplean@rasflaw.com,  
         bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
        Justin   Plean    on behalf of Creditor    THE BANK OF NEW YORK MELLON jplean@rasflaw.com,  
         bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
        Miriam   Rosenblatt    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,  
         mrosenblatt@rasflaw.com  
        Miriam   Rosenblatt    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,  
         mrosenblatt@rasflaw.com  
        Patrick O. Lacsina    on behalf of Creditor    The Bank of New York Mellon bmusarra@rasnj.com,  
         bkyecf@rasflaw.com,legerman@rasnj.com  
        Robert   Manchel    on behalf of Debtor Karen M. Prokapus manchellaw@yahoo.com  
        William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                         TOTAL: 12