UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on March 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Karen M. Prokapus

Case No.: 16-14196

Hearing Date: 3/20/2018

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER DENYING CROSS MOTION

_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 23, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on ___9/27_____, 20 _14_ by ____Robert Manchel_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Karen M. Prokapus  
    Debtor

Case No. 16-14196-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 23, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.  
db          +Karen M. Prokapus,    32 High Point Drive,    Medford, NJ 08055-3816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:

        Albert Russo    docs@russotrustee.com  
        Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Justin Plean    on behalf of Creditor    The Bank of New York Mellon jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
        Justin Plean    on behalf of Creditor    THE BANK OF NEW YORK MELLON jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
        Miriam Rosenblatt    on behalf of Creditor    THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
        Miriam Rosenblatt    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
        Patrick O. Lacsina    on behalf of Creditor    The Bank of New York Mellon bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com  
        Robert Manchel    on behalf of Debtor Karen M. Prokapus manchellaw@yahoo.com  
        William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                                                                       TOTAL: 12