**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
**0** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease          **0** Lien Avoidance

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    **Karen M. Prokapus**                                         Case No.:    **16-14196**
                                                                         Judge:
                        Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required           Date:    6/27/2018
☐ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney    **/s/RM**           Initial Debtor:    **KMP**           Initial Co-Debtor    _____

1

## Part 1: Payment and Length of Plan

a. The debtor has paid $19,755.00 to date and shall pay $549.00 Monthly to the Chapter 13 Trustee, starting on **May of 2018,** for 22 remaining months, for a total plan of approximately **50** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- [✓] Future Earnings
- [ ] Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- [ ] Sale of real property
  Description:
  Proposed date for completion: _____

- [ ] Refinance of real property:
  Description:
  Proposed date for completion: _____

- [ ] Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. [ ] Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection         [X] NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---:|
| **Robert Manchel** | **Attorney Fees** | **3,500.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- [✓] None
- [ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Part 4: Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Wells Fargo Home Mortgage | 32 Highpoint Drive, Medford, NJ. | court approved permanent loan modification | n/a | $0.00 | regular monthly payments |
| Wells Fargo Home Mortgage / Specialized Loan Servicing LLC | 401 W. Evesham Ave. Magnolia, NJ. | see paragraph 10 Non Standard Provisions | n/a | see paragraph 10 Non Standard Provisions | see paragraph 10 Non Standard Provisions |
| Shellpoint Mortgage Servicing / Wilmington Savings Fund Society and Statebridge Company LLC. | 100 Jackson Rd., Waterford, NJ. | see paragraph 10 Non Standard Provisions | n/a | see paragraph 10 Non Standard Provisions | see paragraph 10 Non Standard Provisions |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Ocwen Loan Servicing LLC / The Bank of new York Mellon | 110 Jackson Rd., Berlin, NJ. | approx. $100,000.00 | approx. $5,000.00 |

**110 Jackson Rd., Berlin, NJ. is hereby surrendered in full and complete satisfaction of the mortgage(s) / servicer(s) / note(s).**

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor

**Santander Consumer Usa (auto loan)**

4

**g. Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

### Part 5:  Unsecured Claims    ☐ NONE

    a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

        ☐ Not less than $____ to be distributed *pro rata*

        ☑ Not less than **100%** percent to be paid to general unsecured claims

        ☐ *Pro Rata* distribution from any remaining funds

    b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

### Part 6:  Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

### Part 7:  Motions    ☒ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
    The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. **Post-Petition Claims**

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Surrender 110 Jackson Rd. , Berlin, NJ. , Set forth the terms** | |

6

| under the 'Non Standard Provision" of this modified plan, regarding 100 Jackson Rd, 401 W. Evesham Avenue and their mortgages. | |

Are Schedules I and J being filed simultaneously with this Modified Plan?  ☐ Yes  ☐ No

### Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

Shellpoint Mortgage Servicing / Wilmington Savings Fund Society and Statebridge Company LLC.,shall be permitted to proceed with their mortgage foreclosure action, as to 100 Jackson Rd., Waterford, NJ. However, the debtor is permitted to pursue a mortgage loan modification with servicer and/or obtain refinancing on the property. No regular monthly mortgage payments will be paid to the servicer on a monthly basis. Also, no payments shall be made to the servicer by the trustee, through the bankruptcy plan.
The debtor preserves her right to file a motion to reinstate the automatic stay and file a modified plan to keep the property.

Wells Fargo Home Mortgage shall be permitted to proceed with their mortgage foreclosure action as to 401 W. Evesham Ave. Magnolia, NJ. However, the debtor is permitted to pursue the insurance coverage funds, for her loss and/or the sale of said property, after bankruptcy court approval granting same. The debtor preserves her right to file a motion to reinstate the automatic stay and file a modified plan to keep the property.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date    **June 27, 2018**               /s/ **Robert Manchel**
                                         **Robert Manchel**
                                         Attorney for the Debtor
Date:   **June 27, 2018**               /s/ **Karen M. Prokapus**
                                         **Karen M. Prokapus**
                                         Debtor

Date:   _____                  _____
                                         Joint Debtor

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date    **June 27, 2018**               /s/ **Robert Manchel**
                                         **Robert Manchel**
                                         Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:   **June 27, 2018**               /s/ **Karen M. Prokapus**         ///
                                         **Karen M. Prokapus**
                                         Debtor

Date:   _____                  _____
                                         Joint Debtor

7

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-14196-MBK
Karen M. Prokapus                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2          Date Rcvd: Jul 06, 2018
                              Form ID: pdf901       Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.
```
db          +Karen M. Prokapus,    32 High Point Drive,    Medford, NJ 08055-3816
cr          +The Bank of New York Mellon,    c/o Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
              Suite 100,   Boca Raton, FL 33487-2853
516042330   +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
516281005    Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516042332   +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
516295370    Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA  98083-0657
516042338   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516042339   +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
516042340   +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
516106943    NRPL Trust Series 2015-1,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
              Greenville, SC  29603-0826
516042343   +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
516042344   +Powers Kirn LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
516042345    Rymr&flnign,    Cscl Dispute Team,    Des Moines, IA 50306
516063002   +Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX 75356-0284
516068205   +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
516042346   +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
516042347   +Saxon Mortgage Service,    4708 Mercantile Dr N,    Fort Worth, TX 76137-3605
517427785   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
517427786   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516042352   +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
516290767    The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
              P.O. Box 24605,    West Palm Beach, FL 33416-4605
516284168   +The Bank of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
516042353  ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
              Frederick, MD 21701)
516989251    Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
              1000 Blue Gentian Road,    Eagan MN 55121-7700
516259703    Wells Fargo Bank, N.A.,    Attn: Default Document Processing,    MAC# N9286-01Y,
              1000 Blue Gentian Road,    Eagan, MN 55121-7700
516042354    Wfhm,   Po Box 659558,    San Antonio, TX 78265
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2018 22:07:10      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2018 22:07:09      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516042331   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 06 2018 22:10:40      Cap1/boscv,
              26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
516276273   +E-mail/Text: bnc@bass-associates.com Jul 06 2018 22:06:45      Cavalry SPV I, LLC,
              c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516042333   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 06 2018 22:07:02      Comenity Bank/anntylr,
              Po Box 182789,    Columbus, OH 43218-2789
516042334   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 06 2018 22:07:02      Comenity Bank/fortunof,
              Po Box 182789,    Columbus, OH 43218-2789
516042335   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 06 2018 22:07:03      Comenity Bank/frtnfvsa,
              4590 E Broad St,    Columbus, OH 43213-1301
516042336   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 06 2018 22:07:03      Comenity Bank/jcrewinc,
              Po Box 182789,    Columbus, OH 43218-2789
516042337   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 06 2018 22:07:03      Comenity Bank/vctrssec,
              Po Box 182789,    Columbus, OH 43218-2789
516042341   +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 06 2018 22:06:50      Kohls/capone,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516042342    E-mail/Text: camanagement@mtb.com Jul 06 2018 22:06:59     M&t Bank,    1 Fountain Plz Fl 4,
              Buffalo, NY 14203
516185152   +E-mail/Text: bankruptcydpt@mcmcg.com Jul 06 2018 22:07:08      MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
516042348   +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 22:10:25      Syncb/banarepdc,    Po Box 965005,
              Orlando, FL 32896-5005
516042349   +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 22:10:38      Syncb/care Credit,
              C/o P.o. Box 965036,    Orlando, FL 32896-0001
516042350   +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 22:10:25      Syncb/gap,    Po Box 965005,
              Orlando, FL 32896-5005
516042351   +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 22:10:38      Syncb/home Design Furn,
              Po Box 965036,    Orlando, FL 32896-5036
```

```
District/off: 0312-3          User: admin             Page 2 of 2              Date Rcvd: Jul 06, 2018
                              Form ID: pdf901         Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516277482         +E-mail/Text: bncmail@w-legal.com Jul 06 2018 22:07:16     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                                 TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +THE BANK OF NEW YORK MELLON,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516567216*       +The Bank Of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516279148*        Wells Fargo Bank, N.A.,    Attn: Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
516989255*        Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor     Wilmington Savings Fund Society, Et Al...
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor     Wilmington Savings Fund Society, Et Al...
           jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Justin  Plean    on behalf of Creditor     The Bank of New York Mellon jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Justin  Plean    on behalf of Creditor     THE BANK OF NEW YORK MELLON jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Miriam  Rosenblatt     on behalf of Creditor     THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Miriam  Rosenblatt     on behalf of Creditor     The Bank of New York Mellon bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Patrick O. Lacsina    on behalf of Creditor     The Bank of New York Mellon ,
           PATRICK.LACSINA@GMAIL.COM
          Robert  Manchel    on behalf of Debtor Karen M. Prokapus manchellaw@yahoo.com
          William M.E. Powers    on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                 TOTAL: 12
```