| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Offices of Robert Manchel<br>Executive Center of Greentree<br>One Eves Drive, Suite 111<br>Marlton, NJ  08053<br>(856) 797-1500<br>Robert Manchel<br>RM 1141<br>Attorney for Debtor(s)<br>In Re:<br><br>Karen M. Prokapus | **Order Filed on August 27, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |

Case No.: 16-14196

Chapter: 13

Judge: Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 27, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert Manchel, Esquire_____, the applicant, is allowed a fee of $ ____700.00____ for services rendered and expenses in the amount of $____0.00____ for a total of $____700.00____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $____586.00____ per month for ____21____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
Karen M. Prokapus  
    Debtor

Case No. 16-14196-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 27, 2018  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.  
db    +Karen M. Prokapus,   32 High Point Drive,   Medford, NJ 08055-3816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:

    Albert   Russo   docs@russotrustee.com  
    Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
    Denise E. Carlon   on behalf of Creditor   Wilmington Savings Fund Society, Et Al...  
     dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
    Joshua I. Goldman   on behalf of Creditor   Wilmington Savings Fund Society, Et Al...  
     jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
    Justin   Plean   on behalf of Creditor   The Bank of New York Mellon jplean@rasflaw.com,  
     bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
    Justin   Plean   on behalf of Creditor   THE BANK OF NEW YORK MELLON jplean@rasflaw.com,  
     bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
    Laura M. Egerman   on behalf of Creditor   The Bank of New York Mellon bkyecf@rasflaw.com,  
     bkyecf@rasflaw.com;legerman@rasnj.com  
    Miriam   Rosenblatt   on behalf of Creditor   THE BANK OF NEW YORK MELLON bkyecf@rasflaw.com,  
     mrosenblatt@rasflaw.com  
    Miriam   Rosenblatt   on behalf of Creditor   The Bank of New York Mellon bkyecf@rasflaw.com,  
     mrosenblatt@rasflaw.com  
    Robert   Manchel   on behalf of Debtor Karen M. Prokapus manchellaw@yahoo.com  
    William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
    William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
    TOTAL: 12