UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (Trenton)

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2013-3906

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
(856) 802-1000
Attorney for Wells Fargo Bank, N.A.

Order Filed on July 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Karen M. Prokapus

Case No.: 16-14196-MBK

Chapter: 13

Hearing Date: 06/25/2019 at 10:00am

Judge: Honorable Michael B. Kaplan

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 9, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Powers Kirn, LLC, Attorneys for Wells Fargo Bank, N.A. ("Wells Fargo") debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay and the Bankruptcy Code Section 1301 for relief from the co-debtor stay as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) and the co-debtor stay of 11 U.S.C. §1301 are hereby vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒  Real property more fully described as 32 High Point Drive, Medford Township, NJ 08055.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, and any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 16-14196-MBK
Karen M. Prokapus                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jul 10, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
db            +Karen M. Prokapus,    32 High Point Drive,    Medford, NJ 08055-3816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
        Albert  Russo    docs@russotrustee.com
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
         jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Justin  Plean    on behalf of Creditor    The Bank of New York Mellon jplean@rasflaw.com,
         bkyecf@rasflaw.com;ras@ecf.courtdrive.com
        Justin  Plean    on behalf of Creditor    THE BANK OF NEW YORK MELLON jplean@rasflaw.com,
         bkyecf@rasflaw.com;ras@ecf.courtdrive.com
        Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Miriam  Rosenblatt    on behalf of Creditor    THE BANK OF NEW YORK MELLON
         miriam.rosenblatt@mhllp.com,   mrosenblatt@rasflaw.com
        Miriam  Rosenblatt    on behalf of Creditor    The Bank of New York Mellon
         miriam.rosenblatt@mhllp.com,   mrosenblatt@rasflaw.com
        Robert  Manchel    on behalf of Debtor Karen M. Prokapus manchellaw@yahoo.com
        William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                        TOTAL: 12