**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Karen M. Prokapus | Social Security number or ITIN  xxx–xx–5124 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–14196–MBK | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Karen M. Prokapus

9/16/19                                                                  **By the court:** Michael B. Kaplan
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                              **Chapter 13 Discharge**                              page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-14196-MBK
Karen M. Prokapus                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Sep 16, 2019
                              Form ID: 3180W           Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db            +Karen M. Prokapus,    32 High Point Drive,    Medford, NJ 08055-3816
cr            +The Bank of New York Mellon,    c/o Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
                Suite 100,    Boca Raton, FL 33487-2853
516042332     +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
516295370      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
516042339     +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
518392234     +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                Irvine, CA 92619-2708
518392235     +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                Irvine, CA 92619,    MTGLQ Investors, LP,    c/o Rushmore Loan Management Services 92619-2708
516106943      NRPL Trust Series 2015-1,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville, SC 29603-0826
516042343     +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
516042344     +Powers Kirn LLC,    728 Marne Highway, Suite 200,    Moorestown, NJ 08057-3128
516042347     +Saxon Mortgage Service,    4708 Mercantile Dr N,    Fort Worth, TX 76137-3605
517427785     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
517427786     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516284168     +The Bank of New York Mellon,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
516290767      The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                P.O. Box 24605,    West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2019 00:15:58     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2019 00:15:56     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516042330     +EDI: AMEREXPR.COM Sep 17 2019 03:38:00      Amex,    Po Box 297871,
                Fort Lauderdale, FL 33329-7871
516042331     +EDI: CAPITALONE.COM Sep 17 2019 03:38:00      Cap1/boscv,    26525 N Riverwoods Blvd,
                Mettawa, IL 60045-3440
516281005      EDI: BL-BECKET.COM Sep 17 2019 03:38:00      Capital One NA,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
516276273     +EDI: BASSASSOC.COM Sep 17 2019 03:38:00      Cavalry SPV I, LLC,    c/o Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516042333     +EDI: WFNNB.COM Sep 17 2019 03:38:00      Comenity Bank/anntylr,    Po Box 182789,
                Columbus, OH 43218-2789
516042334     +EDI: WFNNB.COM Sep 17 2019 03:38:00      Comenity Bank/fortunof,    Po Box 182789,
                Columbus, OH 43218-2789
516042335     +EDI: WFNNB.COM Sep 17 2019 03:38:00      Comenity Bank/frtnfvsa,    4590 E Broad St,
                Columbus, OH 43213-1301
516042336     +EDI: WFNNB.COM Sep 17 2019 03:38:00      Comenity Bank/jcrewinc,    Po Box 182789,
                Columbus, OH 43218-2789
516042337     +EDI: WFNNB.COM Sep 17 2019 03:38:00      Comenity Bank/vctrssec,    Po Box 182789,
                Columbus, OH 43218-2789
516042338     +EDI: TSYS2.COM Sep 17 2019 03:38:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516042340     +EDI: IIC9.COM Sep 17 2019 03:38:00      I C System Inc,    Po Box 64378,
                Saint Paul, MN 55164-0378
516042341     +E-mail/Text: bncnotices@becket-lee.com Sep 17 2019 00:15:10      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516042342      E-mail/Text: camanagement@mtb.com Sep 17 2019 00:15:28      M&t Bank,    1 Fountain Plz Fl 4,
                Buffalo, NY 14203
516185152     +EDI: MID8.COM Sep 17 2019 03:38:00      MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
516042345      EDI: WFFC.COM Sep 17 2019 03:38:00      Rymr&flnign,    Cscl Dispute Team,    Des Moines, IA 50306
516063002     +EDI: DRIV.COM Sep 17 2019 03:38:00      Santander Consumer USA Inc.,    PO Box 560284,
                Dallas, TX 75356-0284
516068205     +EDI: DRIV.COM Sep 17 2019 03:38:00      Santander Consumer USA Inc.,    P.O. Box 961245,
                Fort Worth, TX 76161-0244
516042346     +EDI: DRIV.COM Sep 17 2019 03:38:00      Santander Consumer Usa,    Po Box 961245,
                Ft Worth, TX 76161-0244
516042348     +EDI: RMSC.COM Sep 17 2019 03:38:00      Syncb/banarepdc,    Po Box 965005,
                Orlando, FL 32896-5005
516042349     +EDI: RMSC.COM Sep 17 2019 03:38:00      Syncb/care Credit,    C/o P.o. Box 965036,
                Orlando, FL 32896-0001
516042350     +EDI: RMSC.COM Sep 17 2019 03:38:00      Syncb/gap,    Po Box 965005,    Orlando, FL 32896-5005
516042351     +EDI: RMSC.COM Sep 17 2019 03:38:00      Syncb/home Design Furn,    Po Box 965036,
                Orlando, FL 32896-5036

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Sep 16, 2019
                              Form ID: 3180W           Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516277482     +E-mail/Text: bncmail@w-legal.com Sep 17 2019 00:16:04     TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516042352     +EDI: WTRRNBANK.COM Sep 17 2019 03:38:00      Td Bank Usa/targetcred,   Po Box 673,
               Minneapolis, MN 55440-0673
516042353      EDI: WFFC.COM Sep 17 2019 03:38:00      Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
               Frederick, MD 21701
516259703      EDI: WFFC.COM Sep 17 2019 03:38:00      Wells Fargo Bank, N.A.,
               Attn: Default Document Processing,   MAC# N9286-01Y,   1000 Blue Gentian Road,
               Eagan, MN 55121-7700
516989251      EDI: WFFC.COM Sep 17 2019 03:38:00      Wells Fargo Bank, N.A.,   Default Document Processing,
               MAC# N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
516042354      EDI: WFFC.COM Sep 17 2019 03:38:00      Wfhm,   Po Box 659558,   San Antonio, TX 78265
                                                                                             TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +THE BANK OF NEW YORK MELLON,   Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
516567216*    +The Bank Of New York Mellon,   Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
516279148*     Wells Fargo Bank, N.A.,   Attn: Default Document Processing,   MAC# N9286-01Y,
               1000 Blue Gentian Road,   Eagan, MN 55121-7700
516989255*     Wells Fargo Bank, N.A.,   Default Document Processing,   MAC# N9286-01Y,
               1000 Blue Gentian Road,   Eagan MN 55121-7700
                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Justin   Plean    on behalf of Creditor    The Bank of New York Mellon jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin   Plean    on behalf of Creditor    THE BANK OF NEW YORK MELLON jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Miriam   Rosenblatt    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               miriam.rosenblatt@mhllp.com,  mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    The Bank of New York Mellon
               miriam.rosenblatt@mhllp.com,  mrosenblatt@rasflaw.com
              Robert   Manchel    on behalf of Debtor Karen M. Prokapus manchellaw@yahoo.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 13
```